# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 131 MAL 2018

:

Respondent    :

:    Petition for Allowance of Appeal from

:    the Order of the Superior Court

v.    :

:

:

GERALD D. CROWLEY,    :

:

Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.